FILED
FEB 04 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8102

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Maria Magdalena GAMBOA-Alzaga Defendant. | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about February 3, 2008, within the Southern District of California, defendant Maria Magdalena GAMBOA-Alzaga did knowingly and intentionally import approximately 25.14 kilograms (55.30 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4TH, DAY OF FEBRUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Maria Magdalena GAMBOA-Alzaga

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Jerry A. Conrad.

On February 3, 2008 at approximately 1248 hours, Maria Magdalena GAMBOA-Alzaga entered the United States from the Republic of Mexico via the Calexico, California, East Port of Entry. GAMBOA was the driver and registered owner of a black 1996 Volkswagen Golf, bearing Baja California, Mexico license plate BBEG8964.

In the primary inspection area, Customs and Border Protection (CBP) Officer Aguirre was manning lane #1, when the aforementioned vehicle approached his lane. CBP Officer Aguirre received a negative Customs Declaration from GAMBOA. GAMBOA presented a valid DSP-150 Laser Visa to CBP Officer Aguirre. CBP Office Aguirre asked GAMBOA about the purpose of her trip to Calexico, California; GAMBOA replied that she was going shopping at Wal-Mart in Calexico. Officer Aguirre tapped on the driver side quarter panel and observed that it felt solid when tapped. CBP Officer Aguirre referred GAMBOA to the vehicle secondary for closer inspection.

In the vehicle secondary area CBP Officer Araujo obtained a negative oral Customs Declaration from GAMBOA. CBP Officer Araujo utilized the buster on the quarter panels and received high readings. CBP Office Araujo accessed the quarter panel and observed numerous packages concealed within the quarter panel of the vehicle. CBP Officer Araujo escorted GAMBOA was into the vehicle secondary security office for a patdown.

A subsequent inspection on the vehicle revealed numerous packages concealed within the quarter panels of the vehicle. One of the packages was probed and a sample of a green leafy substance was extracted, which when field-tested it gave a

positive indication for marijuana. A total of 12 packages with a combined weight of approximately 25.14 kilograms or (55.30 pounds) were removed from the vehicle.

GAMBOA was placed under arrest and advised of her Miranda Rights. GAMBOA stated that she knew that the vehicle contained marijuana but did not know where the marijuana was concealed within the vehicle. GAMBOA further stated that she was to take the marijuana laden vehicle to Calexico, California. GAMBOA stated that she was to be paid $1,500.00 or more for this smuggling venture.

GAMBOA was booked into the Imperial County Jail pending her initial appearance before a U.S. Magistrate Judge in El Centro, CA.